400 P.3d 615

**Mike YELLEN, Plaintiff-Appellant,**

v.

**OFFICE OF THE PROSECUTING ATTORNEY; State of Hawai'i; Former Governor Neil Abercrombie; Governor David Ige; Department of Motor Vehicles; Jane/John Does 1-100, Defendants-Appellees**

NO. CAAP-16-0000067

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 23, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CIVIL NO. 3RC-15-1-000440)

## SUMMARY DISPOSITION ORDER

Affirmed.